Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★                    ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00595-CV

IN RE Steve **HASTINGS** and Henry **BLACKMON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed: August 25, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On August 18, 2010, relators filed a petition for writ of mandamus and a motion for emergency stay. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CVE-1283-D2, styled *Bertha Benitez, et al. v. Coastal Transport, et al.*, and 2009-CVE-1283-A-D2, styled *Joseph Monahan v. Steve Hastings, et al.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Raul Vasquez presiding.